# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City** Boston    **Related Case Information:** Nos. 18-cr-10377-LTS & 09-cr-40021-FDS

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 21-5099, 5100 & 5143 - JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** David Ladeau    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** (City & State) Boston, MA

**Birth date (Yr only):** 1955   **SSN (last4#):** 5836   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** Joshua Hanye    **Address:** FPD

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Charles Dell'Anno    **Bar Number if applicable** 691894

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date:** _____

☑ Already in Federal Custody as of 02/11/2021 in Wyatt.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/06/2021    **Signature of AUSA:** *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   David Ladeau

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2252A(a)(5)(B) | Access with intent to view child pornography | 1 |
| Set 2 | 18 U.S.C. §2253 | Forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**